B4 (Official Form 4) (12/07)

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Arizona

IN RE:     Case No. **4-15-bk-00672-SHG**

**MCMAHON, ROBERT BRIAN & MCMAHON, DANITA CRONIN**     Chapter **11**

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim (if secured also state value of security) |
|---|---|---|---|---|
| Alliance Bank Of Arizona<br>C/O Snell & Wilmer<br>One South Church Ave., Suite 1500<br>Tucson, AZ  85701 | | | | 5,269,666.74 |
| National Bank Of Arizona<br>C/O Jennings Haug & Cunningham, LLP<br>2800 N. Central Avenue, Suite 1800<br>Phoenix, AZ  85004 | | | | 1,375,717.30 |
| Shamrock Foods Co.<br>2540 N 29th Ave<br>Phoenix, AZ  85009-1612 | | | | 217,769.34 |
| Can Capital Aka New Logic<br>2015 Vaughn Rd NW Ste 500<br>Kennesaw, GA  30144-7831 | | | | 212,673.00 |
| Can Capital Aka New Logic<br>2015 Vaughn Rd NW Ste 500<br>Kennesaw, GA  30144-7831 | | | | 107,834.00 |
| Lali Investments, LLC<br>C/0 Rusing Lopez & Lizardi<br>6363 N. Swan Rd., Ste. 151<br>Tucson, AZ  85718 | | | | 100,000.00 |
| Crop Production Services, Inc.<br>C/O Gammage & Burnham, PLC<br>Two North Central Ave., 15th Floor<br>Phoenix, AZ  85004 | | | | 71,192.58 |
| Bk Of Amer<br>Po Box 982235<br>El Paso, TX  79998 | | | | 31,724.00 |
| Barclays Bank Delaware<br>P.o. Box 8803<br>Wilmington, DE  19899 | | | | 23,998.00 |
| Cap One<br>Po Box 85520<br>Richmond, VA  23285 | | | | 16,901.00 |
| Fnb Omaha<br>Po Box 3412<br>Omaha, NE  68103 | | | | 15,529.00 |
| Alliance Bank Of Arizona Partners First<br>PO Box 84027<br>Columbus, GA  31908-4027 | | | | 13,104.26 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Case 4:15-bk-00672-BMW    Doc 14    Filed 01/29/15    Entered 01/29/15 16:07:38    Desc
Main Document    Page 1 of 2

| | |
|---|---|
| **Wfds/wds**<br>**Po Box 1697**<br>**Winterville, NC 28590** | **24,897.00**<br>**Collateral:**<br>**18,400.00**<br>**Unsecured:**<br>**6,497.00** |
| **Bk Of Amer**<br>**Po Box 982235**<br>**El Paso, TX 79998** | **6,363.00** |
| **Cobblestone Homeowners Association**<br>**C/O HBS Management Solutions**<br>**6101 E. Grant Road**<br>**Tucson, AZ 85712** | **2,035.75** |
| **First Data**<br>**265 Broad Hollow R**<br>**Melville, NY 11747** | **560.00** |

**DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR**

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **January 29, 2015**  Signature  */s/ ROBERT BRIAN MCMAHON*
of Debtor  **ROBERT BRIAN MCMAHON**

Date: **January 29, 2015**  Signature  */s/ DANITA CRONIN MCMAHON*
of Joint Debtor  **DANITA CRONIN MCMAHON**
(if any)

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only