THIS ORDER IS APPROVED.

Dated: April 24, 2015



Brenda Moody Whinery, Bankruptcy Judge
_____

LAW OFFICE OF
**SCOTT D. GIBSON, PLLC**
2329 N. TUCSON BLVD.
TUCSON, ARIZONA 85716
(520) 784-2600
SBN: 007395
ecf@sdglaw.net

Attorneys for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>ROBERT BRIAN MCMAHON<br>DANITA CRONIN MCMAHON,<br><br>　　　　　　　　　　Debtors. | In Proceedings Under<br>Chapter 11<br><br>NO. 4-15-bk-00672-BMW<br><br>**ORDER AUTHORIZING EMPLOYMENT OF RE/MAX RESULTS AS BROKER** |

　　　This matter having come before the Court pursuant to the Debtors' Application to Employ RE/MAX Results as Broker (the "Application"), and good cause appearing therefor;

　　　IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the Debtors are authorized to employ RE/MAX Results as broker for the Debtors in this chapter 11 case pursuant to the terms set forth in the Application, with the compensation for the services rendered by RE/MAX Results on behalf of the Debtors to be determined in accordance with 11 U.S.C. §§ 327, 328, 329, 330 and 331.

　　　Approval of employment of a professional person DOES NOT automatically approve any fee arrangement set forth in the application or any attachments thereto. No fees are pre-approved by the court. Any request for a professional fee must be made separately, by a

ORDER TO EMPLOY BROKER.doc

detailed application supporting the request, notice must be given to creditors and other parties-in-interest, and the court must have an opportunity to review any objections which any party may have. The court may also consider the application in the absence of any objections, and may adjust the fees according to the merits of the particular case. 11 U.S.C. §§ 327, 328, 329, 330, and 331.

**DATED AND SIGNED ABOVE**

ORDER TO EMPLOY BROKER.doc

LAW OFFICE OF
**SCOTT D. GIBSON, PLLC**
2329 N. TUCSON BLVD.
TUCSON, ARIZONA 85716
(520) 784-2600