Steven D. Jerome (#018420)
Jonathan M. Saffer (#022004)
Jill H. Perrella (#026270)
SNELL & WILMER L.L.P.
One South Church Avenue, Suite 1500
Tucson, Arizona 85701-1630
Telephone: (520) 882-1200
Email:   sjerome@swlaw.com
         jmsaffer@swlaw.com
         jperrella@swlaw.com
*Attorneys for Western Alliance Bank*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In Re: | Chapter 11 Proceeding |
| ROBERT BRIAN MCMAHON and DANITA CRONIN MCMAHON, | Case No. 4:15-bk-00672-SHG |
| Debtors. | **OBJECTION TO "MOTION TO APPROVE SALE OF PROPERTY/ASSET FREE AND CLEAR OF ALL LIENS AND FOR AUTHORITY TO PAY CLOSING COSTS AND BROKER'S COMMISSION AT CLOSING"** |

Western Alliance Bank ("Alliance"), creditor in the above-captioned Chapter 11 proceeding ("Bankruptcy Case") of Robert Brian McMahon and Danita Cronin McMahon ("Debtors") hereby objects to the Debtors' *Motion to Approve Sale of Property/Asset Free and Clear of All Liens and for Authority to Pay Closing Costs and Broker's Commission at Closing* [Dkt. No. 78] ("Motion"), as follows:

1. Through the Motion, the Debtors seek this Court's approval of the sale of the Debtors' real property located at 7460 N. Catalina Ridge Dr., Tucson, AZ 85718 ("Residence") free and clear of liens pursuant to Section 363(f) of the Bankruptcy Code.

2. Alliance holds a judgment against the Debtors dated October 1, 2014 in the amount of $5,900,978.02,[1] plus accrued and accruing pre and post-judgment interest, attorneys' fees and costs ("Judgment"). The Judgment was recorded with the Pima

---

[1] Alliance filed a proof of claim in the Bankruptcy Case in the amount of $1,345,920.10, which represents the deficiency balance due under the Judgment post-trustee's sale of Alliance's underlying collateral property. *See* Proof of Claim No. 13.

County Recorder's Office on October 24, 2014, at Sequence No. 20142970369. A true and correct copy of the recorded Judgment is attached hereto as **Exhibit A**.

3. Pursuant to A.R.S. § 33-964(a), upon recording the Judgment became a lien on all real property of the Debtors in Pima County, except for exempt property. As such, the Judgment is a perfected lien on the Debtors' Residence.

4. Alliance does not necessarily object to the sale of the Residence; however, Alliance objects to the Motion to the extent that it does not recognize Alliance's Judgment lien on the Residence. *See* Motion at ¶ 4. The Debtors have not disputed the validity or extent of Alliance's Judgment lien; therefore, it should be acknowledged.

5. Moreover, pursuant to Section 363(f), the Residence may not be sold free and clear of Alliance's lien unless (i) applicable non-bankruptcy law permits the sale free and clear of Alliance's interest; (ii) Alliance consents; (iii) Alliance's lien is paid in full; (iv) Alliance's interest is in bona fide dispute; or (v) Alliance could be compelled in a legal or equitable proceeding to accept a money satisfaction of its interests. The Debtors have the burden to prove that at least one of these five criteria is met. *See Clear Channel Outdoor, Inc. v. Knupfer (In re PW, LLC)*, 391 B.R. 25, 37 (9th Cir. BAP 2008). The Debtors have failed to meet this burden.

6. To illustrate, although the Motion alleges that the anticipated proceeds of the sale will be "sufficient to pay all liens in full," *see* Motion at ¶ 6, upon information and belief, anticipated sales proceeds are *not* sufficient to pay all existing lienholders, including Alliance. Further, Alliance does not consent to the sale of the Residence as currently proposed. Finally, applicable non-bankruptcy law does not permit the sale free and clear of Alliance's lien, Alliance's lien is not in dispute, and it could not be compelled to accept a money satisfaction of its lien in an amount less than what is currently owed under the Judgment. *See Clear Channel Outdoor*, 391 B.R. at 41 ("… 363(f)(3) does not authorize the sale free and clear of a lienholder's interest if the price of the estate property is equal to or less than the aggregate amount of all claims held by creditors who hold a

Snell & Wilmer
L.L.P.
LAW OFFICES
One South Church Avenue, Suite 1500
Tucson, Arizona 85701-1630
520.882.1200

lien or security interest in the property being sold"). As such, the Residence cannot be sold free and clear of Alliance's lien.

WHEREFORE, Alliance respectfully requests that the Court deny the Motion; alternatively, if the Court grants the Motion, Alliance requests that the Court prohibit the Debtors' use of any sale proceeds until all liens are determined.

RESPECTFULLY SUBMITTED this 29th day of May, 2015.

SNELL & WILMER L.L.P.

By */s/ Jill H. Perrella*
Steven D. Jerome
Jonathan M. Saffer
Jill H. Perrella
One South Church Avenue, Suite 1500
Tucson, Arizona 85701-1630
*Attorneys for Western Alliance Bank*

**COPIES** of the foregoing served electronically
on this 29th day of May, 2015 to the following:

Scott D. Gibson
LAW OFFICE OF SCOTT D. GIBSON, P.L.L.C.
2329 N. Tucson Blvd.
Tucson, AZ 85716
ecf@sdglaw.net
*Attorney for Debtors*

Jennifer A. Giaimo
OFFICE OF THE U.S. TRUSTEE
230 N. First Ave., Ste. 204
Phoenix, AZ 85003
jennifer.a.giaimo@usdoj.gov

Matthew H. Sloan
JENNINGS, HAUG & CUNNINGHAM, L.L.P.
2800 N. Central Ave., Ste. 1800
Phoenix, AZ 85004-1049
mhs@jhc-law.com
*Attorneys for National Bank of Arizona*

Adam B. Nach
Allison M. Lauritson
LANE & NACH, P.C.
2001 E. Campbell Ave., Ste. 103
Phoenix, AZ 85016
adam.nach@lane-nach.com
allison-lauritson@lane-nach.com
*Attorneys for Gayle Eskay Mills, Chapter 7 Trustee in Case No. 14-1278*

. . .

| | |
|---|---|
| 1 | Kevin J. Blakley<br>GAMMAGE & BURNHAM, P.L.C. |
| 2 | Two N. Central Ave., 15th Floor<br>Phoenix, AZ 85004 |
| 3 | kblakley@gblaw.com<br>*Attorneys for Crop Production Services* |
| 4 | |
| 5 | Synchrony Bank<br>c/o Recovery Management Systems Corp. |
| 6 | 25 SE 2nd Ave., Ste. 1120<br>Miami, FL 33131-1605 |
| 7 | claims@recoverycorp.com |
| 8 | Pat P. Lopez, III<br>Sarah J. Stanton |
| 9 | RUSING LOPEZ & LIZARDI, P.L.L.C.<br>6363 N. Swan Rd., #151 |
| 10 | Tucson, AZ 85718<br>plopez@rllaz.com |
| 11 | sstanton@rllaz.com<br>*Attorneys for LALI Investments, LLC* |
| 12 | Michael McGrath |
| 13 | David J. Hindman<br>MESCH, CLARK & ROTHSCHILD, P.C. |
| 14 | 259 N. Meyer Ave.<br>Tucson, AZ 85701 |
| 15 | mmcgrath@mcrazlaw.com<br>dhindman@mcrazlaw.com |
| 16 | *Attorneys for Arada Investments LLC & Shamrock Foods Corp.* |
| 17 | Michele L. Forney<br>David W. Krula |
| 18 | Pima County Attorney's Office, Civil Division<br>32 N. Stone Ave., Ste. 2100 |
| 19 | Tucson, AZ 85701<br>michele.forney@pcao.pima.gov |
| 20 | pcaocvbk@pcao.pima.gov<br>*Attorneys for Pima County* |
| 21 | */s/ Clarrissa Palma* |

# EXHIBIT A

F. ANN RODRIGUEZ, RECORDER
Recorded By: MN
DEPUTY RECORDER
4913
W
SNELL & WILMER
PICKUP



SEQUENCE: 20142970369
NO. PAGES: 6
JDG
10/24/2014
14:08
PICK UP
AMOUNT PAID: $10.00

This area saved for County Recorder

*Alliance Bank of Arizona*

*v.*

*Robert B. and Danita A. McMahon*

*Pima County Superior Court*
*Case No. C20140228*

JUDGMENT

DO NOT REMOVE

This is part of the official document

JONATHAN M. SAFFER (AZB #022004)
JILL H. PERRELLA (ASB #026270)
SNELL & WILMER L.L.P.
One S. Church Avenue, Suite 1500
Tucson, AZ 85701-1630
(520) 882-1200

## JUDGMENT INFORMATION STATEMENT
### Pursuant to A.R.S. § 33-967

Pursuant to A.R.S. § 33-967, the Plaintiff submits the following information:

1. The correct name and last known address of each judgment debtor and the address at which each judgment debtor received the summons by personal service or mail:

| Service Address | Last Known Address |
|---|---|
| ROBERT B. MCMAHON<br>DANITA A. MCMAHON<br>c/o Law Office of Scott D. Gibson, PLLC<br>2329 N. Tucson Blvd.<br>Tucson, AZ 85716 | ROBERT B. MCMAHON<br>DANITA A. MCMAHON<br>7460 N. Catalina Ridge<br>Tucson, AZ 85718 |

2. The name and address of the judgment creditor:

ALLIANCE BANK OF ARIZONA
c/o Jonathan M. Saffer
Snell & Wilmer L.L.P.
One S. Church Avenue, Suite 1500
Tucson, AZ 85004-2202

3. The amount of the order as entered or as most recently renewed:

On October 1, 2014, Judgment was entered in favor of Alliance Bank of Arizona, and against Robert B. McMahon and Danita A. McMahon, in the amount of Five Million, Nine Hundred Thousand, Nine Hundred Seventy-Eight Dollars and Two Cents ($5,900,978.02), plus accrued and accruing interest and pre- and post-judgment interest at the rate prescribed by A.R.S. § 44-1201, plus reasonable attorneys' fees in the amount of One Hundred Eighty-Eight Thousand, Forty-Five Dollars and Thirty-Six Cents ($188,045.36) and costs in the amount Four Thousand, Four Hundred Seventeen Dollars and Sixty-One Cents ($4,417.61).

4. If the Judgment Debtor is a natural person, the Judgment Debtor's Social Security Number, Date of Birth and Drivers License Number.

Judgment Debtors are believed to be natural persons.

20324495

Judgment Debtors' Social Security Numbers are unknown.
Judgment Debtors' Dates of Birth are unknown.
Judgment Debtors' Driver License Numbers are unknown.

5. Whether a stay of enforcement has been ordered by the Court and the date the stay expires:

As of October 24, 2014, there is no stay of enforcement of any kind known to the judgment creditor.

DATED this 24th day of October, 2014.

SNELL & WILMER L.L.P.

By: _____ for
Jonathan M. Saffer
Jill H. Perrella
One S. Church Avenue, Suite 1500
Tucson, AZ 85701-1630
Attorneys for Judgment Creditor

FILED
TONI HELLON
CLERK, SUPERIOR COURT
10/1/2014 8:36:39 AM
CASE C20140228

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF PIMA

| | |
|---|---|
| ALLIANCE BANK OF ARIZONA, an Arizona banking corporation<br><br>Plaintiff,<br><br>v.<br><br>ROBERT B. MCMAHON and DANITA A. MCMAHON, husband and wife<br><br>Defendants. | No. C20140228<br><br>**JUDGMENT** |

This action came before the Court on Plaintiff Alliance Bank of Arizona's *Motion for Summary Judgment Re Plaintiff's Complaint for Breach of Guaranty* (the "Motion"). The Court, having considered the Motion, Defendant's Response thereto and the Reply filed by Plaintiff, and good cause appearing,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that

1. Judgment is hereby entered in favor of Plaintiff Alliance Bank of Arizona and against Defendants Robert B. and Danita A. McMahon on Plaintiff's claim for breach of guaranty;

2. Defendants Robert B. and Danita A. McMahon are hereby adjudicated liable to Plaintiff Alliance Bank of Arizona in the amount of $5,900,978.02, plus accrued and accruing interest and pre- and post-judgment interest at the rate prescribed by A.R.S. § 44-1201.

3. Defendants Robert B. and Danita A. McMahon are hereby adjudicated liable to Plaintiff Alliance Bank of Arizona for its reasonable attorneys' fees in the amount of $ __188,045.36__ and for its costs in the amount $__4,417.61__.

SO ORDERED this __1st__ day of __October__, 2014.

/s/
**HON. CHRISTOPHER P. STARING**
(ID: 1f553b39-dc6e-4674-b664-d8016f0ed921)

- 2 -

STATE OF ARIZONA } ss.
COUNTY OF PIMA

The foregoing instrument is a full, true, and correct copy of the original on file in this office.

Attested OCT 24 2014
TONY L. HELLON, Clerk
By _____ Deputy
Tiffany Velasco