Mark Brnovich
Attorney General
Firm State Bar No. 14000

Christopher J. Dylla
Assistant Attorney General
State Bar No. 027114
Office of the Attorney General
1275 West Washington Street
Phoenix, Arizona 85007-2926
Telephone: (602) 542-8389
Facsimile: (602) 542-4273
Email: christopher.dylla@azag.gov
Attorney for the State of Arizona
  *ex rel.* Arizona Department of Revenue

IN THE UNITED STATES BANKRUPTCY COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>ROBERT B. MCMAHON<br>SSN: XXX-XX-3404<br><br>DANITA MCMAHON<br>SSN: XXX-XX-9453<br><br>                        Debtors. | Chapter 11<br><br>Case No. 4:15-bk-00672-BMW<br><br>**RESPONSE TO ARADA INVESTMENTS LLC'S MOTION TO COMPEL RELEASE OF ESCROWED FUNDS**<br><br>Date: January 21, 2016<br>Time: 10:15 a.m.<br>Crtm: 446 (Fourth Floor<br>Place: 38 S. Scott Ave., Tucson, AZ<br><br>Related Docket. No.: 131 |

State of Arizona *ex rel.* Arizona Department of Revenue ("Department") hereby files its Response to Arada Investments LLC's *Motion to Compel Release of Escrowed Funds and to Set Status Hearing* ("Motion") [Dkt. No. 131],. This Response is based on the following:

I.  **Relevant Factual History.**

1. Debtors filed for relief under Chapter 11 on January 22, 2015.

2. On February 18, 2015, the Department filed a proof of claim, establishing that it has a priority tax claim in the amount of $307,782.47. A true and accurate copy of the Department's *Proof of Claim*, is No. 1-1 on the Claims Register.

3. On January 6, 2016, the Department filed a first amended proof of claim, establishing that it has an administrative expense claim in the amount of $48,320.81. A true and accurate copy of the Department's *First Amended Administrative Expense Proof of Claim*, is No. 14-2 on the Claims Register.

4. On November 19, 2015, Arada Investments LLC ("Arada") filed a *Motion to Compel Release of Escrowed Funds and to Set Status Hearing.*

II. **The Department's Response.**

The Department does not question that Arada has a valid mortgage lien secured by the Debtors' homestead property as evidenced by a Note and Deed of Trust recorded with the Pima County Recorders' Office at Document No. 2014-1560161. Arada is a secured creditor and is entitled to have their mortgage lien paid. The question is at what amount. Based on documents attached to the Response to Arada's Motion filed by Western Alliance Bank, the amount due to Arada is purported to be $230,552.85. This amount appears to include accrued interest at the default rate of interest of 29% compounded daily. The Department believes that use of the default rate of 29% is unreasonable. Further, it appears that the intent of the Loan Modification Agreements was to accrue interest at the contract rate of 14% and not the default rate of 29%.

The Department agrees with Western Alliance Bank that the Debtors can pay and cure

the amount due to Arada for the mortgage lien at the contract rate of interest pursuant to *In re Entz-White Lumber and Supply, Inc.*, 850 F.2d 1338, 1342 (9th Cir. 1988). The Department asserts that Arada is not entitled to interest at the default rate since it is an over secured creditor. See *In re Boardwalk Partners*, 171 B.R. 87 (Bankr. D. Ariz. 1994) holding that an over secured creditor must calculate interest at the contract rate of interest and not at the default rate.

As each dollar paid to Arada is one less dollar available to the other creditors of this estate, it is incumbent on Arada to provide a detailed accounting at the contract rate of interest to evidence the amount owed and for this Court to determine the reasonableness of the amount owed.

## II. **Conclusion.**

Based on the foregoing, Court should consider granting Arada's Motion subject to Court review of the payoff at the contract rate of interest and to review the payoff for reasonableness.

RESPECTFULLY SUBMITTED this 13th day of January, 2016.

                    MARK BRNOVICH
                    Attorney General

                    /s/ CJD No. 027114
                    Christopher J. Dylla
                    Assistant Attorney General
                    Attorney for the State of Arizona
                     *ex rel*. Arizona Department of Revenue

ORIGINAL of the foregoing filed electronically
this 13th day of January, 2016 with:

United States Bankruptcy Court
Tucson Division
38 South Scott Avenue
Tucson, AZ 85701

COPY of the foregoing sent for mailing
this 13th day of January, 2016 to:

Scott D. Gibson, Esq.
Law Office of Scott D. Gibson, PLLC
2329 North Tucson Boulevard
Tucson, AZ 85716
Attorney for Debtors

Jennifer A. Giaimo, Esq.
Office of the United States Trustee
230 North First Avenue, #204
Phoenix, AZ 85003
Attorney for U.S. Trustee

Steven D. Jerome, Esq.
Jonathan M. Saffer, Esq.
Jill H. Perrella, Esq.
Snell & Wilmer L.L.P.
One South Church Avenue, Suite 1500
Tucson, AZ 85701
Attorneys for Western Alliance Bank

Michael McGrath, Esq.
Mesch Clark & Rothschild, P.C.
259 North Meyer Avenue
Tucson, AZ 85701
Attorneys for Arada Investments LLC


/s/ Brittany Standridge
#4854654/BCE15-01500